UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

TRUSTEES FOR THE MASON
TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND AND TRAINING
PROGRAM FUND, *et al.*,

                   Petitioners,

-v-

MARLBORO GROUP,
INTERNATIONAL, LLC,

                   Respondent.

―――――――――――――――――――――――

23-CV-2224 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On March 15, 2023, Petitioners commenced this action to confirm and enforce an arbitration award. (Dkt. No. 1.) Respondent Marlboro Group, International, LLC was served seven days later (Dkt. No. 7), but, to date, it has not filed an appearance or opposed or otherwise responded to the initiation of this action.

    If Respondent fails to appear through counsel and file a response to the petition by September 27, 2023, the petition will be treated as unopposed. Counsel for Petitioners is directed to serve a copy of this order on Respondent by September 13, 2023.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge