UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND, *et al.*, | 23-CV-2224 (JPO) |
| Petitioners, | ORDER |
| -v - | |
| MARLBORO GROUP, INTERNATIONAL, LLC, | |
| Respondent. | |

J. PAUL OETKEN, District Judge:

Petitioners filed a petition to confirm an arbitration award on March 15, 2023. (ECF No. 1.) Respondent was served with the petition on March 22, 2023. (ECF No. 7.) On September 6, 2023, the Court issued an order stating that if Respondent did not appear through counsel or file a response to the petition by September 27, 2023, the petition would be treated as unopposed. (ECF No. 8.) Respondent has not filed an appearance, responded to the petition, or otherwise responded to the Court's order. It is therefore in default. The underlying arbitration award appears to be valid under the applicable law.

Accordingly, the petition to confirm arbitration is hereby GRANTED. Judgment shall be entered in favor of Petitioners and against Respondent in the amount of $2,400.00, which consists of $2,000.00 in legal fees and a $400.00 penalty. (ECF No. 1-1 ¶ 4.) Respondent is also ordered to provide Petitioners with access to the relevant books and records requested, pursuant to the terms of the arbitration award. (*Id.* ¶ 2.)

The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

Dated: October 2, 2023
      New York, New York

                                                    J. PAUL OETKEN
                                            United States District Judge