**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                      Petitioners,                      23 **CIVIL** 2224 (JPO)

      -against-                                  **JUDGMENT**

MARLBORO GROUP, INTERNATIONAL,
LLC,

                      Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 2, 2023, the petition to confirm arbitration is hereby GRANTED. Judgment is entered in favor of Petitioners and against Respondent in the amount of $2,400.00, which consists of $2,000.00 in legal fees and a $400.00 penalty. (ECF No. 1-1 ¶ 4.) Respondent is also ordered to provide Petitioners with access to the relevant books and records requested, pursuant to the terms of the arbitration award; accordingly, the case is closed.

**Dated**: New York, New York
       October 2, 2023

                                                        **RUBY J. KRAJICK**
                                                 _____
                                                   **Clerk of Court**

                 **BY:**            *K. Mango*

                                                   **Deputy Clerk**